# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

**DANIEL E. O'TOOLE**
**CLERK**

TELEPHONE: 202-275-8000
FAX: 202-275-9678

October 29, 2013

Jessica R. Toplin
United States Department of Justice
Commercial Litigation Branch
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

Patrick V. Gallagher, Jr.
United States International Trade Commission
Office of the General Counsel
Suite 614-E
500 E Street, S.W.
Washington, DC 20436

Joseph W. Dorn
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006

    RE: ASHLEY FURNITURE INDUSTRIES V US; Appeal No. 12-1196

Dear Counsel:

    The court is inviting responses from the appellees to the appellant's petition for rehearing en banc. If the government parties agree, the court prefers that they file a single response. The remaining appellees should also file a single response.

    Please file your responses in accordance with Fed. Cir. Rule 35 on or before November 12, 2013.

Very truly yours,

/s/ Daniel E. O'Toole
Daniel E. O'Toole